**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**LONNY BRISTOW,**

        **Plaintiff,**

                                **Civil Action 2:11-cv-00883**
**v.**                                  **Judge Peter C. Economus**
                                  **Magistrate Judge E.A. Preston Deavers**

**THOMAS AUSTIN STOUT,** *et al.*,

        **Defendants.**

## ORDER

       This matter is before the Court for consideration of the November 7, 2011 Order and Report and Recommendation of the Magistrate Judge.  (ECF No. 5.)  Pursuant to an initial screen of Plaintiff's Complaint the Magistrate Judge recommended that the Court dismiss all Defendants, except for Defendant Thomas Austin Stout, for failure to state a claim.

       The Order and Report and Recommendation of the Magistrate Judge specifically advised the parties that failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court."  (Order & Report & Recommendation 6, ECF No. 5.)  The time period for filing objections to the Report and Recommendation has expired.  No party has objected to the Report and Recommendation.

       The Court reviewed the Report and Recommendation of United States Magistrate Judge Elizabeth A. Preston Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge.  Accordingly,

Plaintiff's claims against all Defendants, with the exception of Defendant Stout, are

**DISMISSED.**  The Clerk is **DIRECTED** to terminate the dismissed Defendants from the

docket.  This action remains pending as to Defendant Stout.

   **IT IS SO ORDERED.**


   **/s/ Peter C. Economus  - November 29, 2011**
   **UNITED STATES DISTRICT JUDGE**