# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**LONNY BRISTOW,**

    **Plaintiff,**

**v.**
    Civil Action 2:11-cv-00883
    Judge Peter C. Economus
    Magistrate Judge E.A. Preston Deavers

**THOMAS AUSTIN STOUT,** *et al.***,**

    **Defendant.**

## ORDER

In light of Defendant Stout's representation that the parties have agreed to settle this case, the Motion of Defendant Stout to Stay All Proceedings is **GRANTED**.  (ECF No. 13.) Accordingly, the Court will **STAY** all proceedings in this case to allow the parties to finalize their settlement agreement.

**IT IS SO ORDERED.**

Date: January 23, 2012               /s/ *Elizabeth A. Preston Deavers*
                                                          Elizabeth A. Preston Deavers
                                                          United States Magistrate Judge